Filed 10/14/24  P. v. Hall CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SECOND APPELLATE DISTRICT

### DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>DERRICK EDWARD HALL,<br><br>    Defendant and Appellant. | 2d Crim. No. B331550<br>(Super. Ct. No. MA082816)<br>(Los Angeles County) |

Between December 2020 and May 2021, police seized more than a dozen sick and dead puppies from Derrick Edward Hall's Los Angeles residence.  Police also found several motorcycles being dismantled in the garage.

Hall pleaded guilty to animal cruelty (Pen. Code, § 597, subd. (b)) and owning or operating a chop shop (Veh. Code, § 10801).  The trial court sentenced him to three years in county jail on the chop shop conviction and a concurrent two years for animal cruelty.  The court also ordered him to pay $10,106 in restitution to reimburse Los Angeles County for the cost of caring for the puppies seized from his residence.

We appointed counsel to represent Hall in his appeal from the restitution order. After counsel examined the record, she filed an opening brief that raises no arguable issues. She then tried to send the case file to Hall, but was unable to make contact with him despite multiple attempts. On July 22, 2024, we too attempted to contact Hall to advise him that he had 30 days to submit any contentions or issues he wished us to consider. Our letter was returned as undeliverable.

We have reviewed the entire record and are satisfied that Hall's attorney fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

YEGAN, Acting P. J.

CODY, J.

2

Robert G. Chu, Judge

Superior Court County of Los Angeles

_____

Christina J. Alvarez, under appointment by the
Court of Appeal, for Defendant and Appellant.
No appearance for Plaintiff and Respondent.